

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH:GMR  
F. #2023R00263

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 2, 2023

<u>By ECF and Email</u>

The Honorable Eric R. Komitee  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

        Re:    United States v. Jorel Fowler  
                <u>Criminal Docket No. 23-CR-193 (EK)</u>

Dear Judge Komitee:

      The government writes in reference to its May 1, 2023 motion to revoke the order of release in this case. ECF No. 1 ("the Motion"). The government's Motion refers to information learned from the defendant's state parole officer that the conditions of his parole only permitted him to have one electronic device, and that express permission was needed before other devices could be obtained. Following the filing of the Motion, the government learned that although under parole's criteria an offender with the defendant's history would ordinarily be required to obtain permission before electronic devices could be obtained, this provision was crossed out in the written version of the defendant's parole conditions. The government withdraws the portion of the Motion which relied on this information.

      For the reasons stated in the government's initial detention memo and the Motion, the order of release should be revoked. There is no condition or combination or conditions which will ensure the safety of the community, the defendant's compliance with

Court orders and mitigate the defendant's risk of flight.  The magistrate judge's decision should be reversed, and the defendant should be detained pending trial.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By: *Gil Rein*
        Gilbert M. Rein
        Assistant U.S. Attorney
        (718) 254-6407

cc:    Nora Hirozawa, Esq. (by email and ECF)
       Robert Long, Pretrial Services Officer (by email)
       Amanda Carlson, Pretrial Services Officer (by email)