**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

May 3, 2023

The Honorable Eric Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>United States v. Jorel Fowler,</u> 23-CR-193

Dear Judge Komitee:

    Mr. Fowler submits this letter in response to Pretrial Services Officer Amanda Carlson's clarification that although her office works with Shiloh Consulting LLC to provide treatment as a condition of pretrial release, Shiloh does not hold a formal contract with the Eastern District of New York.

Respectfully Submitted,

/s

Nora K. Hirozawa
Counsel to Jorel Fowler
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1290

cc:    AUSA Gil Rein
       PTSO Amanda Carlson